**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| vs. | ) **CRIMINAL ACTION 1:22-00095-KD-B** |
| | ) |
| **YANCY XAVIER DUMAS,** | ) |
| Defendant. | ) |

**ACCEPTANCE OF GUILTY PLEA**
**AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 33) and without any objection having been filed by the parties, Defendant Yancy Xavier Dumas' plea of guilty to **COUNT FOUR** of the Indictment charging a violation of 21:841(a)(1), Possession with Intent to Distribute Drugs, is now accepted, and the Defendant is adjudged guilty of such offenses.

The sentencing hearing is scheduled for **April 14, 2023** at **9:00 a.m.,** in Courtroom 4B of the United States Courthouse, 155 Saint Joseph St., Mobile, Alabama, 36602.

**DONE** and **ORDERED** this the **18th** day of **October 2022.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**